# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MORROW EQUIPMENT COMPANY,LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>JE DUNN CONSTRUCTION COMPANY, successor in interest to DUNN SOUTHEAST, INC.; DUNN SOUTHEAST, INC. d/b/a R.J. GRIFFIN & COMPANY,<br><br>Defendants/Counterclaimants,<br><br>ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:14-cv-00063-RLV |

**NOTICE OF INTENT TO SERVE SUBPOENA**

COMES NOW Defendant JE DUNN CONSTRUCTION COMPANY and, pursuant to Fed.R.Civ.P. 45(b)(1), provides Notice of Service of the following Subpoenas:

1. Vericlaim, Inc. (Ex. 1);
2. Lockton Companies, LLC (Ex. 2);
3. Douglas G. Peterson & Associates, Inc. (Ex. 3);

4. American Crane & Derrick Certification, LLC (Ex. 4); and

5. Haag Engineering (Ex. 5).

Respectfully submitted this the 6th day of August, 2014.

**HUDSON PARROTT WALKER, LLC**

*s/ Kevin H. Hudson*
Kevin H. Hudson
Georgia Bar No: 374630
William C. Hayes
Georgia Bar No.: 362412

3575 Piedmont Road, NE
15 Piedmont Center, Suite L100
Atlanta, Georgia 30305
Telephone: 404-554-8183
Facsimile: 404-554-8171
Email: khudson@hpwlegal.com
Email: chayes@hpwlegal.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed a copy of the within and foregoing NOTICE OF INTENT TO SERVE SUBPOENA using the Court's CM/ECF System and served a true and correct copy of same on all parties to this matter by first class mail, addressed to counsel of record as follows:

Curtis J. Romig
James J. Gibson
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309

Wayne D. Taylor
Michelle A. Sherman
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

This 6th day of August, 2014.

**HUDSON PARROTT WALKER, LLC**

*s/ Kevin H. Hudson*
Kevin H. Hudson
Georgia Bar No: 374630
William C. Hayes
Georgia Bar No.: 362412

3575 Piedmont Road, NE
15 Piedmont Center, Suite L100
Atlanta, Georgia 30305
Telephone: 404-554-8183
Facsimile: 404-554-8171
Email: khudson@hpwlegal.com
Email: chayes@hpwlegal.com
*Attorneys for Defendants*