AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:14-cv-00063-RLV

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Haag Engineering Co.
on *(date)* August 7, 2014 .

☒ I served the subpoena by delivering a copy to the named individual as follows: National Corporate Research, Ltd, RA, Scott Perkins
on *(date)* ______ ; or

☐ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/8/14

Rod McCl
*Server's signature*

Rodney McClellan Process Server
*Printed name and title*

4895 Rosewood Lake Dr. Cumming, GA 30040
*Server's address*

Additional information regarding attempted service, etc.: