IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MORROW EQUIPMENT COMPANY, LLC,**<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>**JE DUNN CONSTRUCTION COMPANY, successor in interest to DUNN SOUTHEAST, INC.; DUNN SOUTHEAST, INC. d/b/a R.J. GRIFFIN & COMPANY,**<br><br>    Defendants/Counterclaimants,<br><br>**ACE FIRE UNDERWRITERS INSURANCE COMPANY,**<br><br>    Defendant. | **Civil Action No. 1:14-cv-00063-LMM** |

## DISMISSAL WITH PREJUDICE

COME NOW Plaintiff/Counterclaim Defendant Morrow Equipment, LLC ("*Morrow*"), Defendants/Counterclaimants JE Dunn Construction Company and Dunn Southeast, Inc. d/b/a R.J. Griffin & Company ("*JE Dunn Defendants*"), and Defendant ACE Fire Underwriters Insurance Company ("*ACE*"), through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of all claims, counterclaims and

1

cross-claims asserted in the above styled action with prejudice.  Each party will bear its own fees and costs of this action.

    Respectfully submitted this 17th day of March, 2015.

/s/ Kevin H. Hudson  
Kevin H. Hudson  
Georgia Bar No. 374630  
William C. Hayes  
Georgia Bar No: 362412  
3575 Piedmont Road, NE  
15 Piedmont Center; Suite L100  
Atlanta, Georgia 30305  
Telephone: 404-554-8183  
Facsimile: 404-554-8171  
Email: khudson@hpwlegal.com  
Email: chayes@hpwlegal.com  
*Attorneys for the JE Dunn Defendants*

/s/ C. Angelia Duncan  
Curtis J. Romig  
Georgia Bar No. 613990  
C. Angelia Duncan  
Georgia Bar No. 682649  
One Atlantic Center, Fourteenth Floor  
1201 West Peachtree Street, NW  
Atlanta, Georgia 30309  
Telephone: 404-572-6600  
Facsimile: 404-572-6999  
Email: Curtis.Romig@bryancave.com  
Email: Angelia.Duncan@bryancave.com  
*Attorneys for Morrow Equipment Company*

/s/_Wayne D. Taylor  
Wayne D. Taylor  
Georgia Bar No. 701275  
Michelle A. Sherman  
Georgia Bar No. 835980  
Mozley, Finlayson, & Loggins, LLP  
One Premiere Plaza, Suite 900  
5605 Glenridge Drive  
Atlanta, Georgia 30342  
Telephone: 404-256-0700  
Facsimile: 404-250-9355  
Email: wtaylor@mfllaw.com  
Email: msherman@mfllaw.com  
*Attorneys for ACE Fire Underwriters Insurance Company*

## **CERTIFICATE OF SERVICE**

On March 17, 2015, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will serve the below listed counsel of record via email:

Wayne D. Taylor
Michelle A. Sherman
Mozley, Finlayson, & Loggins, LLP
One Premiere Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

Kevin H. Hudson
William C. Hayes
Hudson, Parrot, & Walker, LLC
3575 Piedmont Road, NE
15 Piedmont Center; Suite L100
Atlanta, Georgia 30305

                                                   */s/* C. Angelia Duncan
                                                   C. Angelia Duncan
                                                   Georgia Bar No: 682649